IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK COLEMAN, EDWARD DANIELS, JASON INGRAM, STACY TRIMBLE, and JIMMY WILLIAMS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NUMBER: 2:22-cv-00666-MHT-SMD |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT

Hyundai Motor Manufacturing Alabama, LLC, Defendant in the above-styled action, pursuant to Federal Rule of Civil Procedure 56, moves this Court to enter judgment in its favor with respect to all remaining claims asserted by Plaintiffs.[1] Defendant avers that with respect to the foregoing motion, there is no genuine issue as to any material fact, and Defendant is entitled to summary judgment as a matter of law. In support of said motion, Defendant submits its Memoranda of Law in Support of its Motion for Summary Judgment and Evidentiary Submission.

Respectfully Submitted,

s/ Albert L. Vreeland, II
Albert L. Vreeland, II ASB-0066-V78A

---

[1] Plaintiff Sandy Landers voluntarily dismissed his claims on April 6, 2024 (Doc. 35).

OF COUNSEL:
LEHR MIDDLEBROOKS VREELAND & THOMPSON, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002
Fax: (205) 326-3008
Email: avreeland@lehrmiddlebrooks.com

## CERTIFICATE OF SERVICE

     I hereby certify that on July 16, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Artur Davis, Esq.
        HKM Employment Attorneys, LLP
        2024 3rd Ave. N
        Suite #307
        Birmingham, AL 35203

        Ivey Elizabeth Best, Esq.
        1050 Connecticut Ave. NW Suite 500
        Washington DC 20036

                              s/ Albert L. Vreeland, II
                              OF COUNSEL

800931