IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FREDERICK COLEMAN, et al.,    )
                              )
       Plaintiffs,            )
                              )    CIVIL ACTION NO.
    v.                        )      2:25cv236-MHT
                              )         (WO)
HYUNDAI MOTOR                 )
MANUFACTURING OF ALABAMA,     )
LLC,                          )
                              )
       Defendant.             )

ORDER

Previously, this court stated: "This case involves an employment-discrimination suit by three plaintiffs (Frederick Coleman, Edward Daniels, and Jimmy Williams) against defendant Hyundai Motor Manufacturing of Alabama, LLC. Defendant has moved for summary judgment. While the motion was filed against all three plaintiffs, the court believes it is more efficient to hear oral argument on the summary judgment motion as to only plaintiff Coleman's claims." June 20, 2025 Order (Doc. 71). The court has resolved this case as to

plaintiff Coleman, *see* Opinion on Hyundai's Motion for Summary Judgment on Coleman's Retaliation Claim (Doc. 76), and is now ready to turn to defendant's motion for summary on Daniels's and Williams's claims.

Accordingly, it is ORDERED that:

(1) Defendant Hyundai Motor Manufacturing of Alabama, LLC's motion for summary judgment (Doc. 44) is set for oral argument on plaintiffs Daniels's and Williams's claims on April 29, 2026, at 10:00 a.m.  The courtroom deputy is to arrange for the argument to held by videoconference.

(2) At oral argument, the parties should be prepared to address all issues and evidence in detail, including, but not limited to, (a) whether rescinded disciplinary actions can serve as a basis for retaliation claims as a matter of law; (b) whether the court can consider the evidence of plaintiff Daniels's post-lawsuit termination, and if so, how?; and (c) whether the court can consider evidence related to

2

plaintiff Williams's post-lawsuit worker's compensation settlement negotiations, and if so, how?

DONE, this the 13th day of April, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

3