IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FREDERICK COLEMAN, et al., )
                           )
     Plaintiffs,           )
                           )        CIVIL ACTION NO.
     v.                    )         2:25cv236-MHT
                           )            (WO)
HYUNDAI MOTOR              )
MANUFACTURING OF ALABAMA,  )
LLC,                       )
                           )
     Defendant.            )

ORDER

In the court's opinion on defendant Hyundai's motion for summary judgment on plaintiff Coleman's retaliation claim (Doc. 76), the court stated on page 21 that: "Alternatively, as a basis for finding that Coleman has satisfied the subjective-belief element, the court would note that Coleman explicitly stated that he believed Smith's comment was 'a joke.' Team Relations Report (Doc. 43-19) at 8."  The court left out the word "not."

Accordingly, it is ORDERED that the sentence on

page 21 be replaced with the following, corrected sentence: "Alternatively, as a basis for finding that Coleman has not satisfied the subjective-belief element, the  court would note that Coleman explicitly stated that he believed Smith's comment was 'a joke.' Team Relations Report (Doc. 43-19) at 8."

DONE, this the 13th day of April, 2026.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**

2