IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FREDERICK COLEMAN, et al.,    )
                              )
       Plaintiffs,            )
                              )        CIVIL ACTION NO.
       v.                     )          2:25cv236-MHT
                              )              (WO)
HYUNDAI MOTOR                 )
MANUFACTURING OF ALABAMA,     )
LLC,                          )
                              )
       Defendant.            )
```

ORDER

The parties having indicated at oral argument on April 29, 2026, that, at this time, they wish to pursue mediation before United States Magistrate Judge John Ott of the retaliation claims brought by plaintiffs Jimmy Williams and Edward Daniels, it is ORDERED as follows:

(1) The parties are allowed to pursue mediation of the retaliation claims brought by plaintiffs Jimmy Williams and Edward Daniels.

(2) On the first Monday of each month, beginning on June 1, 2026, the parties are to file a report on the status of their mediation efforts.

(3) The motion for summary judgment (Doc. 44) as to the claims of plaintiffs Willams and Daniels is denied with leave to renew should mediation fail.

(4) For the reasons given in the amended opinion entered on April 20, 2026 (Doc. 79), the motion for summary judgment (Doc. 44) as to the claim of plaintiff Frederick Coleman is granted.  But final judgment will not be entered in favor of defendant Hyundai Motor Manufacturing of Alabama, LLC, and against plaintiff Coleman until later, after final resolution of the claims of plaintiffs Willams and Daniels.

(5) The motion for summary judgment (Doc. 44) is terminated, but will be reinstated as to plaintiffs Willams and Daniels if their claims are not resolved in mediation.

(6) This case is administratively closed pending

2

mediation.

DONE, this the 29th day of April, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

3