IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FREDERICK COLEMAN, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:25cv236-MHT |
| ) | (WO) |
| HYUNDAI MOTOR ) | |
| MANUFACTURING OF ALABAMA, ) | |
| LLC, ) | |
| ) | |
|    Defendant. ) | |

### FINAL JUDGMENT

The court having granted defendant's motion for summary judgment on the claims of plaintiff Frederick Coleman (Doc. 44), *see* Order (Doc. 80), it is ORDERED and ADJUDGED that judgment is entered against plaintiff Frederick Coleman and for defendant Hyundai Motor Manufacturing of Alabama, LLC, with plaintiff Coleman taking nothing by his complaint.

Costs are taxed against plaintiff Coleman, for which execution shall issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of August, 2026.

　　　　　　　　/s/ Myron H. Thompson　
　　　　　　　UNITED STATES DISTRICT JUDGE

2